■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND BROWN, Appellant. [21 NYS3d 615]—Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered July 17, 2013, convicting defendant, upon his plea of guilty, of one count of attempted criminal possession of a weapon int the second degree, and sentencing him to an ag-

gregate term of two years and three years post-release supervision, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Acosta, Andrias and Richter, JJ.